```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  8/13/2024   
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LATIFAH ABEDNEGO, individually and on behalf of all others similarly situated,

           Plaintiff,

-against-

L'OREAL USA, INC.,

           Defendant.

24 Civ. 3998 (AT)

**ORDER**

ANALISA TORRES, United States District Judge:

    On June 13, 2024, the Court ordered the parties to submit a joint letter and proposed case management plan by August 12, 2024. ECF No. 8. Those submissions are now overdue.

    Accordingly, by **September 13, 2024**, the parties shall submit their joint letter and proposed case management plan.

    SO ORDERED.

Dated: August 13, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge