USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __9/20/2024__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LATIFAH ABEDNEGO, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> -against- <br><br> L'OREAL USA, INC., <br><br> Defendant. | Case No. 1:24-cv-03998-AT <br><br> **CLASS ACTION** <br><br> Related Case No. 1:24-cv-02735-AT <br><br> **PLAINTIFF'S NOTICE OF WITHDRAWAL OF LETTER MOTION TO TRANSFER** |

Plaintiff Latifah Abednego hereby notifies Defendant L'Oreal USA, Inc. and the Court that she hereby withdraws her Letter Motion to Transfer this case to the U.S. District Court for the District of Hawaii [ECF No. 16)].

Dated: September 19, 2024

Respectfully submitted,

/s/ Steven Sukert
Steven Sukert (NY Bar No. 5690532)
**KOPELOWITZ OSTROW PA**
One West Las Olas Blvd, Suite 500
Fort Lauderdale, FL 33301
Telephone: 954-284-1520
sukert@kolawyers.com

*Attorneys for Plaintiff Latifah Abednego*

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 16.

SO ORDERED.

Dated: September 20, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge