```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  9/20/2024   
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LATIFAH ABEDNEGO, individually and on behalf of all others similarly situated,

                    Plaintiff,

-against-

L'OREAL USA, INC.,

                    Defendant.

24 Civ. 3998 (AT)

**ORDER**

ANALISA TORRES, United States District Judge:

      By order dated August 13, 2024, the Court instructed the parties to submit a joint letter and proposed case management plan by September 13. ECF No. 13. The parties subsequently informed the Court that Plaintiff expected to file a motion to transfer this action, ECF No. 14, so the Court set a briefing schedule and adjourned all case deadlines, ECF No. 15. Plaintiff filed her motion to transfer on August 30, 2024, but she withdrew the motion on September 19. ECF Nos. 16, 18. Accordingly:

1. By **October 21, 2024**, the parties shall submit their joint letter and proposed case management plan.
2. By **October 25, 2024**, Defendant shall respond to Plaintiff's complaint.

      SO ORDERED.

Dated: September 20, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge