USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/10/2024___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LATIFAH ABEDNEGO, individually and on behalf of all others similarly situated,

                Plaintiff,

-against-

L'OREAL USA, INC.,

                Defendant.

24 Civ. 3998 (AT)

**ORDER**

ANALISA TORRES, United States District Judge:

       By order dated October 22, 2024, the Court adjourned certain deadlines in this matter pending the resolution of motions to transfer to the Southern District of New York in three of six related cases. ECF No. 22. On December 9, 2024, the parties informed the Court that the motions to transfer in two of those cases are still pending, and although the third related case was transferred to the District of Hawaii on November 13, 2024, Defendant intends to move to transfer that matter to the Southern District of New York or to dismiss the action based on lack of personal jurisdiction. ECF No. 24 ¶ 1. In addition, on November 26, 2024, plaintiffs in all six actions moved the Joint Panel on Multidistrict Litigation ("JPML") to transfer the cases to the District of Hawaii pursuant to 28 U.S.C. § 1407. *Id.* ¶ 2.

       In light of these developments, the parties request that the Court stay this matter pending the resolution of the transfer motions described above. *Id.* ¶ 4. Their request is GRANTED, and this action is STAYED. Within ten days of the issuance of (1) the last transfer order in the other jurisdictions, including the order of the JPML, or (2) March 20, 2025, whichever is sooner, the parties shall submit a joint status report.

       SO ORDERED.

Dated: December 10, 2024
       New York, New York

ANALISA TORRES
United States District Judge